1 JOSEPH W. COTCHETT (36324)
  STEVEN N. WILLIAMS (175489)
2 BARBARA L. LYONS (173548)
  ARON K. LIANG (228936)
3 **COTCHETT, PITRE & McCARTHY**
  840 Malcolm Road, Suite 200
4 Burlingame, CA 94010
  Telephone: (650) 697-6000
5
6 Attorneys for Plaintiffs Franklin Funds
7
8
                    UNITED STATES DISTRICT COURT
9
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
   FTWF FRANKLIN MUTUAL BEACON FUND;  )   Case No. C-07-0945
12                                    )
   FRANKLIN WORLD TELECOM FUND;       )
13                                    )   **NOTICE OF**
   FRANKLIN TECHNOLOGY FUND;          )   **VOLUNTARY**
14                                    )   **DISMISSAL**
   FRANKLIN FLEX CAP GROWTH FUND;     )
15                                    )   (Fed. R. Civ. P. 41(a)(1)(i))
   FTIF FRANKLIN U.S. AGGRESSIVE GROWTH )
16 FUND;                              )
                                      )
17 FRANKLIN UNIVERSAL TRUST,          )
                                      )
18 FRANKLIN MULTI INCOME TRUST;       )
                                      )
19 FRANKLIN ASSET ALLOCATION FUND;    )
                                      )
20 FRANKLIN CAPITAL GROWTH FUND;      )
                                      )
21 FRANKLIN DYNATECH FUND;            )
                                      )
22 MUTUAL BEACON FUND;                )
                                      )
23 MUTUAL DISCOVERY FUND;             )
                                      )
24 MUTUAL QUALIFIED FUND;             )
                                      )
25 MUTUAL SHARES FUND;                )
                                      )
26 FSS FRANKLIN U.S. LONG SHORT FUND; )
                                      )
27 FSS FRANKLIN AGGRESSIVE GROWTH     )
   FUND;                              )
28

---

| | | |
|---|---|---|
| 1 | **FSS FRANKLIN TECHNOLOGY FUND;** | ) |
| 2 | **FTVIPT FRANKLIN LARGE CAP GROWTH SECURITIES FUND;** | ) ) ) |
| 3 | | ) |
| 4 | **FTVIPT FRANKLIN AGGRESSIVE GROWTH SECURITIES FUND;** | ) ) |
| 5 | **FTVIPT FRANKLIN TECHNOLOGY SECURITIES FUND;** | ) ) ) |
| 6 | | ) |
| 7 | **FTVIPT FRANKLIN S&P 500 INDEX FUND;** | ) ) |
| 8 | **FTIF FRANKLIN AGGRESSIVE GROWTH FUND;** | ) ) ) |
| 9 | **FTIF FRANKLIN TECHNOLOGY FUND;** | ) |
| 10 | **FTVIPT MUTUAL DISCOVERY SECURITIES TRUST;** | ) ) ) |
| 11 | | ) |
| 12 | **FTVIPT  MUTUAL SHARES SECURITIES FUND;** | ) ) |
| 13 | **FRANKLIN TOTAL RETURN FUND;** | ) ) |
| 14 | **MUTUAL BEACON FUND;** | ) ) |
| 15 | **FRANKLIN U.S. SMALL-MID CAP GROWTH FUND;** | ) ) ) |
| 16 | | ) |
| 17 | **FTIF FRANKLIN MUTUAL BEACON** | ) ) |
| | Plaintiffs, | ) |
| 18 | | ) ) |
| 19 | vs. | ) ) |
| 20 | **QWEST COMMUNICATIONS INTERNATIONAL INC.**; and **DOES 1-50,** | ) ) ) |
| 21 | | ) |
| | Defendant | ) |
| 22 | | ) |
| 23 | _____ | ) |

NOTICE OF VOLUNTARY DISMISSAL

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      TAKE NOTICE that the above-referenced Plaintiffs ("Franklin Funds")

3  dismisses this action without prejudice pursuant to Rule 41(a)(1)(I) of the Federal

4  Rules of Civil Procedure.

7  Dated: February 26, 2007      **COTCHETT, PITRE & McCARTHY**

10      By:     /s/
             ARON K. LIANG

11      JOSEPH W. COTCHETT
     STEVEN N. WILLIAMS
12      BARBARA L. LYONS
     ARON K. LIANG
13      840 Malcolm Road, Suite 200
     Burlingame, CA 94010
14      Telephone: (650) 697-6000
     Facsimile: (650) 697-0577

16      *Attorneys for Plaintiffs Franklin Funds*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti
2/28/07

NOTICE OF VOLUNTARY DISMISSAL     1